# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CLAUDE NUGENT, | ) | No. CV 12-3757-PLA |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| B. PAHEL, Assoc. Warden, | ) | |
| Respondent. | ) | |

In accordance with the Memorandum Decision filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 13, 2013

/s/ Paul L. Abrams
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE