1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11
12   CLAUDE NUGENT,                          )   No. CV 12-3757-PLA
                                             )
13            Petitioner,                    )
                                             )   **JUDGMENT**
14       v.                                  )
                                             )
15   B. PAHEL, Assoc. Warden,                )
                                             )
16            Respondent.                    )
                                             )
17
18        In accordance with the Memorandum Decision filed concurrently herewith,

19        IT IS HEREBY ADJUDGED that the Petition in this matter is denied and dismissed with

20   prejudice.

21
22
23   DATED:  March 13, 2013
                                             _____
24                                           PAUL L. ABRAMS
                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28